<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2293**

———————

CHATURBHUJ N. GIDWANI,

Plaintiff - Appellant,

versus

LOUIS CALDERA, Secretary of the Army,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-98-1769)

———————

Submitted: January 13, 2000        Decided: January 19, 2000

———————

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Chaturbhuj N. Gidwani, Appellant Pro Se. Thomas Mercer Ray, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chaturbhuj N. Gidwani appeals the district court's order dismissing his amended complaint under the Age Discrimination in Employment Act. See 29 U.S.C.A. §§ 621-634 (West 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gidwani v. Caldera, No. CA-98-1769 (E.D. Va. July 20, 1999).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* Although the district court's order is marked as "filed" on July 19, 1999, the district court's records show that it was entered on the docket sheet on July 20, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).